RECEIVED

OCT 1 4 2011

NOR...

IN THE UNITED STATES DISTRICT COURT...

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUGENIA RUANE-GONZALES, and
all others similarly situated,

       Plaintiff,

  v.

APPLE INC., et al.

       Defendant.

CASE NO. 11-CV-4500-~~LB~~ EMC

~~(Proposed)~~
**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE***

Douglas A. Millen      , whose business address and telephone number is

2201 Waukegan Road, Suite 130, Bannockburn, IL 60015; (224) 632-4500

and who is an active member in good standing of the bar of the Northern District of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing Plaintiff, Eugenia Ruane-Gonzales.

      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac

vice.* Service of papers upon and communication with co-counsel designated in the application

will constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated: 10/24/11

Hon. ~~Laurel Beeler~~ Edward Chen
United States District   Judge

United States District Court
For the Northern District of California