

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUGENIA RUANE-GONZALES, and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., et al.<br><br>Defendant. | CASE NO. 11-CV-4500-~~BB~~ EMC<br><br>~~(Proposed)~~<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

William H. London, whose business address and telephone number is 2201 Waukegan Road, Suite 130, Bannockburn, IL 60015; (224) 632-4500

and who is an active member in good standing of the bar of the Northern District of Illinois having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff, Eugenia Ruane-Gonzales.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 10/24/11

Hon. ~~Laurel Beeler~~ Edward Chen
United States District Judge