1  RAOUL D. KENNEDY (STATE BAR NO. 40892)
   Raoul.Kennedy@skadden.com
2  RICHARD S. HORVATH, JR. (STATE BAR NO. 254681)
   Richard.Horvath@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
4  Palo Alto, California 94301
   Telephone: (650) 470-4500
5  Facsimile:   (650) 470-4570

6  PAUL M. ECKLES (STATE BAR NO. 181156)
   Paul.Eckles@skadden.com
7  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   4 Times Square
8  New York, New York 10036
   Telephone:  (212) 735-3000
9  Facsimile:   (212) 735-2000

10 Attorneys for Specially Appearing Defendant
   HARPERCOLLINS PUBLISHERS L.L.C.

11

12                 **UNITED STATES DISTRICT COURT**
                 **NORTHERN DISTRICT OF CALIFORNIA**
13                 **SAN FRANCISCO DIVISION**

14 EUGENIA RUANE-GONZALES,                  )   **CASE NO. 3:11-CV-04500-EMC**
   Individually and on Behalf of All Others )
15 Similarly Situated,                      )
                                            )   **STIPULATION AND [PROPOSED]**
16              Plaintiff,                   )   **ORDER REGARDING (1) EXTENDING**
                                            )   **TIME TO RESPOND TO THE**
17              vs.                          )   **COMPLAINT AND (2) CASE**
                                            )   **COORDINATION**
   APPLE INC.; HACHETTE BOOK GROUP,         )
18 INC.; HARPERCOLLINS PUBLISHERS,          )
   INC.; MACMILLAN PUBLISHERS, INC.;        )
19 PENGUIN GROUP (USA) INC.; and SIMON      )
   & SCHUSTER, INC.,                        )
20                                          )
              Defendants.                   )
21                                          )
                                            )
22                                          )

23

24

25

26

27

28

1

2

## STIPULATION AND [PROPOSED] ORDER REGARDING (1) EXTENDING TIME TO RESPOND TO THE COMPLAINT AND (2) CASE COORDINATION

3

4          WHEREAS, there have been multiple actions related to the above-captioned action

filed in both the Northern District of California and the Southern District of New York (the

5     "Actions");

6          WHEREAS, on September 9, 2011, the court in the New York Actions entered a

7     stipulation and order providing that the time for defendants Hachette Book Group, Inc.,

HarperCollins Publishers L.L.C. (incorrectly sued as "HarperCollins Publishers, Inc."),

8     Holtzbrinck Publishers, LLC d/b/a Macmillan (incorrectly sued as Macmillan Publishers, Inc.),

9     Penguin Group (USA) Inc., Simon & Schuster, Inc., and Apple, Inc. (collectively, "Defendants") to

10    answer, move, or otherwise respond to the complaints in the New York Actions would be enlarged

11    to the 60th day after the Actions have been consolidated in a single forum and a consolidated

12    amended complaint has been filed (or lead plaintiffs' counsel has announced by filed notice that it

13    will not be filing a consolidated amended complaint);

14         WHEREAS, on October 3, 2011, the parties have filed a stipulation providing that

15    Defendants' time to answer, move, or otherwise respond to the complaint in this action would be

16    enlarged until December 15, 2011, and without prejudice to Defendants seeking a further

17    enlargement of the time to answer, move, or otherwise respond;

18         WHEREAS, on October 13, 2011, the Court related the above-captioned action to

19    *Petru, et. al. v. Apple, Inc., et al.*, C.A. No. 3:11-03892 (N. D. Cal.);

20         WHEREAS, pursuant to the Clerk's Notice dated November 2, 2011, the Initial

21    Case Management Conference in the above-captioned action is scheduled for January 6, 2012;

22         WHEREAS, on December 9, 2011, the Judicial Panel on Multidistrict Litigation

23    (the "JPML") issued an order pursuant to 28 U.S.C. § 1407 to transfer *Petru, et. al. v. Apple, Inc.,*

24    *et al.*, C.A. No. 3:11-03892 and *Diamond, et al. v. Apple, Inc., et al.*, C.A. No. 3:11-03954,

25    currently pending in the Northern District of California, to the Southern District of New York and

26    assign them to the Honorable Denise L. Cote for coordinated and consolidated pretrial proceedings

27

28

1

with the actions already pending in the Southern District of New York, *In re Electronic Books Antitrust Litigation*, MDL Docket No. 2293 (the "Consolidated New York Actions");

WHEREAS, on December 9, 2011, counsel, who purported to act on behalf of plaintiffs in ten of the eleven Actions filed in this Court, sent a letter to Judge Cote regarding case administration of the Actions;

WHEREAS, lead plaintiffs' counsel has not yet been appointed in the Consolidated New York Actions;

WHEREAS, the parties anticipate that the remaining Actions currently pending in this Court will be transferred to Judge Cote for coordinated and consolidated pretrial proceedings with the Consolidated New York Actions;

WHEREAS, the parties have agreed that the response date in this action should not come prior to the response date stipulated to in the Consolidated New York Actions;

WHEREAS, the parties have agreed that further case administration should take place in connection with the Consolidated New York Actions;

WHEREAS, the parties agree that submission of this Stipulation should be without prejudice to any of Plaintiff's claims or Defendants' defenses;

WHEREAS, unless otherwise provided for herein, this Stipulation will not modify the schedule of this case;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff and Defendants, as follows:

1.     Pursuant to Civil Local Rules 6-1, 6-2 and 7-12, Defendants' time to answer, move, or otherwise respond to the complaint is hereby extended to the 60th day after a consolidated amended complaint has been filed in the Consolidated New York Actions (or lead plaintiffs' counsel has announced by filed notice that it will not be filing a consolidated amended complaint);

2.     Pursuant to Civil Local Rules 16-2 and 7-12, the parties hereby stipulate that the Initial Case Management Conference with this Court scheduled for January 6, 2011, should be taken off calendar, as well as all dates required under Federal Rules of Civil Procedure 16 and 26

2

1  related to that Initial Case Management Conference, without prejudice to Plaintiff's and

2  Defendants' positions as to the dates on which these events should occur in the Consolidated New

3  York Actions;

4          3.      Further case adminsitration, including the negotiation of any brief scheduling

5  beyond the time for Defendants' time to answer, move, or otherwise respond to the complaint and

6  any pre-trial conferences governed by Federal Rules of Civil Procedure 16 and 26, shall occur in

7  connection with the Consolidated New York Actions;

8          4.      If any of the Defendants that are a party to this Stipulation responds to a

9  complaint in any of the Actions prior to the time provided in this Stipulation, Defendants will

10  respond to the complaint in this action at the same time;

11          5.      None of Plaintiff's claims or Defendants' defenses are prejudiced or waived

12  by its submission of this Stipulation; and

13          6.      This stipulation is without prejudice to the right of any party to seek a further

14  adjustment to any of the dates contained in this stipulation based on future developments

15  DATED:  December 14, 2011

16                                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

17

18                                              By:    /s/  Raoul D. Kennedy
                                                        RAOUL D. KENNEDY
19
                                                525 University Ave., Suite 1100
20                                              Palo Alto, California 94301
                                                Telephone:  (650) 470-4500
21                                              Facsimile:  (650) 470-4570

22                                              Attorneys for Specially Appearing Defendant
                                                 HARPERCOLLINS PUBLISHERS L.L.C.
23

24       I, Raoul D. Kennedy, am the ECF User whose ID and password are being used to file this
    Stipulation and [Proposed] Order Regarding: (1) Extending Time to Respond to the Complaint and
    (2) Case Coordination.  In compliance with General Order 45, X.B., I hereby attest that each of the
25  following signatories has concurred in this filing.

26

27

28

                                                3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SHEARMAN & STERLING LLP


By:   /s/  James Donato
                JAMES DONATO

Four Embarcadero Center, Suite 3800
San Francisco, California 94111
Telephone:  (415) 616-1100
Facsimile:  (415) 616-1199

Attorneys for Specially Appearing Defendant
HACHETTE BOOK GROUP, INC.

SIDLEY AUSTIN LLP


By:   /s/  Samuel R. Miller
                SAMUEL R. MILLER

555 California Street
San Francisco, California 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 772-7400

Attorneys for Specially Appearing Defendant
HOLTZBRINCK PUBLISHERS, LLC D/B/A
MACMILLAN

AKIN GUMP STRAUSS HAUER & FELD LLP


By:   /s/  Reginald D. Steer
                REGINALD D. STEER

580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:  (415) 765-9520
Facsimile:  (415) 765-9501

Attorneys for Specially Appearing Defendant
PENGUIN GROUP (USA) INC.

4

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME                    CASE NO. 3:11-CV-04500-EMC

WEIL, GOTSHAL & MANGES LLP

By:   /s/  Gregory D. Hull
                 GREGORY D. HULL

201 Redwood Shores Parkway
Redwood Shores, California 94065
Telephone:  (650) 802-3000
Facsimile:  (650) 802-3100

Attorneys for Specially Appearing Defendant
SIMON & SCHUSTER, INC.

GIBSON, DUNN & CRUTCHER LLP

By:   /s/  Daniel S. Floyd
                 DANIEL S. FLOYD

333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:  (213) 229-7148
Facsimile:  (213) 229-7520

Attorneys for Specially Appearing Defendant
APPLE INC.

SHULMAN LAW

By:   /s/  Harry Shulman
                 HARRY SHULMAN

44 Montgomery St.
Suite 3830
San Francisco, CA 94104
Telephone:  (415) 901-0505
Facsimile:  (866) 422-4859

Attorneys for Plaintiff

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____12/27_____, 2011

The CMC is reset to 6/29/12 at 9:00 a.m. A joint CMC statement shall be filed by 6/22/12.

By: _____
                 Howard M. Chen
                 DISTRICT COURT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER TO EX...                CASE NO. 3:11-CV-04500-EMC